Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−20748−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Randy B. Lynn
    23 Imperial Dr
    Egg Harbor Township, NJ 08234−4306
Social Security No.:
    xxx−xx−9276
Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/3/24.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 3, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-20748-ABA

Randy B. Lynn                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                Page 1 of 3

Date Rcvd: Dec 03, 2024                   Form ID: 148                              Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Randy B. Lynn, 23 Imperial Dr, Egg Harbor Township, NJ 08234-4306 |
| 520439939 | + | Rocket Mortgage LLC fka Quicken Loans LLC, co KML Law Group PC, 701 Market St 5000, Philadelphia PA 19106-1541 |
| 520455195 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 520439941 | + | TABSUNBIT, 10940 WILSHIRE BLVD, LOS ANGELES CA 90024-3915 |

TOTAL: 4


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Dec 03 2024 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Dec 03 2024 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520439922 | + | EDI: GMACFS.COM | | |
| | | | Dec 04 2024 01:40:00 | ALLY FINANCIAL, 200 Renaissance CTR 80, Detroit MI 48243-1300 |
| 520439923 | + | Email/Text: bk@avant.com | | |
| | | | Dec 03 2024 21:01:00 | AVANT LLCWEB BANK, 222 W MERCHANDISE MART P, CHICAGO IL 60654-1103 |
| 520439924 | | EDI: CAPONEAUTO.COM | | |
| | | | Dec 04 2024 01:40:00 | CAPITAL ONE AUTO FINAN, CREDIT BUREAU DISPUTE, PLANO TX 75025 |
| 520439925 | + | EDI: CAPITALONE.COM | | |
| | | | Dec 04 2024 01:40:00 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY UT 84131-0293 |
| 520439926 | + | Email/Text: BNSFN@capitalsvcs.com | | |
| | | | Dec 03 2024 20:59:00 | CCSFIRST NATIONAL BAN, 500 E 60TH ST N, SIOUX FALLS SD 57104-0478 |
| 520439927 | + | Email/Text: cfcbackoffice@contfinco.com | | |
| | | | Dec 03 2024 21:00:00 | CELTIC BANKCONTFINCO, 4550 NEW LINDEN HILL RD, WILMINGTON DE 19808-2930 |
| 520439929 | ^ | MEBN | | |
| | | | Dec 03 2024 20:48:01 | CHIMEFINSTRIDE BANK, PO BOX 417, SAN FRANCISCO CA 94104-0417 |
| 520439928 | ^ | MEBN | | |
| | | | Dec 03 2024 20:50:19 | CHIMESTRIDE BANK NA, 324 W BROADWAY AVE, ENID OK 73701-3838 |
| 520439930 | + | EDI: WFNNB.COM | | |
| | | | Dec 04 2024 01:40:00 | COMENITY BANKEXPRESS, PO BOX 182789, COLUMBUS OH 43218-2789 |
| 520439931 | + | EDI: WFNNB.COM | | |
| | | | Dec 04 2024 01:40:00 | COMENITYBANKVICTORIA, PO BOX 182789, COLUMBUS OH 43218-2789 |
| 520439932 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Dec 03 2024 20:58:00 | CREDIT ACCEPTANCE CORP, PO BOX 513, SOUTHFIELD MI 48037-0513 |
| 520447244 | + | EDI: AISACG.COM | | |
| | | | Dec 04 2024 01:40:00 | Capital One Auto Finance, a division of, AIS |

| | | | | |
|---|---|---|---|---|
| | | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520470813 | + | EDI: AISACG.COM | | |
| | | | Dec 04 2024 01:40:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520455631 | + | EDI: AIS.COM | | |
| | | | Dec 04 2024 01:40:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520439937 | | EDI: CITICORP | | |
| | | | Dec 04 2024 01:40:00 | MACYSDSNB, PO BOX 8218, MASON OH 45040 |
| 520439933 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | | |
| | | | Dec 03 2024 21:05:42 | EXETER FINANCE LLC, PO BOX 166097, IRVING TX 75016-6097 |
| 520439934 | + | EDI: PHINAMERI.COM | | |
| | | | Dec 04 2024 01:40:00 | GM FINANCIAL, PO BOX 181145, ARLINGTON TX 76096-1145 |
| 520439935 | | Email/Text: mail@jjenkinslawgroup.com | | |
| | | | Dec 03 2024 21:00:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520449904 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 03 2024 21:06:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520439936 | + | EDI: CITICORP | | |
| | | | Dec 04 2024 01:40:00 | MACYSCBNA, PO Box 6789, Sioux Falls SD 57117-6789 |
| 520452964 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 03 2024 21:05:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520439938 | + | Email/Text: netcreditbnc@enova.com | | |
| | | | Dec 03 2024 21:01:27 | NETCREDITREPUBLIC BAN, 175 W JACKSON BLVD, CHICAGO IL 60604-2615 |
| 520448695 | | EDI: Q3G.COM | | |
| | | | Dec 04 2024 01:40:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520473322 | | Email/Text: claimsdepartment@sunnova.com | | |
| | | | Dec 03 2024 20:58:00 | Sunnova, 20 Greenway Plz #540, Houston, TX 77046 |
| 520439940 | | EDI: SYNC | | |
| | | | Dec 04 2024 01:40:00 | SYNCBAMERICAN EAGLE, PO BOX 71727, PHILADELPHIA PA 191761727 |
| 520439942 | ^ | MEBN | | |
| | | | Dec 03 2024 20:51:39 | TELECOM SELFREPORTED, PO BOX 4500, ALLEN TX 75013-1311 |
| 520473323 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | | Dec 03 2024 21:05:06 | US Dept of Housing and Urban, Development, 451 7th St SW, Washington, DC 20410-0001 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520448426 | \*+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520448427 | \*+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-1          User: admin          Page 3 of 3

Date Rcvd: Dec 03, 2024          Form ID: 148          Total Noticed: 33

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Randy B. Lynn mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4